# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**UNIFIRST CORPORATION**                                                                 **PLAINTIFF**

**v.**                        **CASE NO. 3:24-CV-00021-BSM**

**BOOMER ENVIRONMENTAL, LLC**                                              **DEFENDANT**

## ORDER

Unifirst Corporation's motions to confirm its arbitration award [Doc. No. 1] and for attorney's fees and costs [Doc. No. 7] are granted and Boomer Environmental, LLC is ordered to pay $81,299.97 to Unifirst, plus interest accrued from June 17, 2021 to the date of payment at the rate of 18% annually, arbitration-related attorney's fees and costs in the amount of $3,384 and $2,542.50, respectively, and attorney's fees and costs incurred in bringing this lawsuit in the amount of $3,217.50 and $442.16, respectively. *See* Doc. No. 7 Ex. 2. Unifirst's motion for default judgment [Doc. No. 7] is denied because it is moot.

Unifirst and Boomer had a valid arbitration agreement and an arbitrator ruled in favor of Unifirst. Unifirst sued and properly served Boomer to confirm the award, but Boomer has failed to appear. Confirming an arbitration award is "a summary proceeding that makes what is already a final arbitration award a judgment of the court." *Domino Grp., Inc. v. Charlie Parker Mem'l Found.*, 985 F.2d 417, 420 (8th Cir. 1993) (citation omitted). The award is confirmed because nothing indicates that it is "completely irrational or evidences a manifest disregard for the law." *SBC Advanced Sols., Inc. v. Commc'ns Workers of Am., Dist. 6*, 794 F.3d 1020, 1027 (8th Cir. 2015) (citation omitted).

IT IS SO ORDERED this 13th day of March, 2024.

                                                                                                                                   _____
                                                                                                                                   UNITED STATES DISTRICT JUDGE