IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**UNIFIRST CORPORATION**                                                                                       **PLAINTIFF**

v.                                   **CASE NO. 3:24-CV-00021-BSM**

**BOOMER ENVIRONMENTAL, LLC**                                                              **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, Boomer Environmental, LLC is ordered to pay Unifirst Corporation the amount of $81,299.97, plus interest accrued from June 17, 2021 to the date of payment at the rate of 18% annually, arbitration-related attorney's fees and costs of $3,384 and $2,542.50, respectively, and attorney's fees and costs incurred in bringing this case of $3,217.50 and $442.16, respectively.

IT IS SO ORDERED this 13th day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE